UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.D.,

        Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

        Defendants.

19cv7537 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The case is referred to the Magistrate Judge for purposes of settlement. The parties are directed to give a status update to the Court within seven days of the conclusion of settlement discussions.

SO ORDERED.

Dated: New York, New York
December 18, 2019

John G. Koeltl
United States District Judge