USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-2020



**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Andrew J. Rauchberg
phone: 212-356-0891
fax: 212-356-2089
email: arauchbe@law.nyc.gov

March 5, 2020

*Granted. The parties will coordinate with my Deputy Clerk to reschedule.*

SO ORDERED:

*/s/ 3/5/2020*

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**BY ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *D.D. obo Jane Doe v. N.Y. City Dep't of Educ., et al.*
19 CV 7537 (JGK) (RWL)

Dear Judge Lehrburger,

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for the Defendants in the case referenced above. I write to respectfully request that the settlement conference currently scheduled for Monday, March 9, 2020, be rescheduled.

    Presently, the parties are scheduled to appear before the Court on Monday, March 9, 2020, at 1:30 P.M. for a settlement conference. I respectfully request that the Court reschedule that conference because I have learned that my liaison at the Comptroller's office is not available at that time.[1] I have conferred with Elisa Hyman, Esq., Plaintiffs' attorney, and the parties are available on March 12 (after the conference currently scheduled in *M.G. et al. v. N.Y. City Dep't of Educ., et al.*[2]), March 13, and March 18, 2020. I hope that one of those dates will be convenient for the Court.

    This is the first such request Defendants have made. I also respectfully request that the parties be permitted to submit their pre-settlement conference letters two days prior to

---

[1] Additionally, her colleagues will be at a training that day, and one will be on vacation, so she is also unable to get coverage for the conference.

[2] Hopefully we will all be able to maintain a feeling of esprit de corps.

the rescheduled date, consistent with the parties' pre-conference phone call with Your Honor. Ms. Hyman has no objection.

Thank you for your consideration of this matter.

Respectfully submitted,

s/

Andrew J. Rauchberg
Assistant Corporation Counsel

cc: Elisa Hyman, Esq.
Matthew McCann, Esq.
Law Office of Elisa Hyman P.C.
Attorneys for Plaintiffs